UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE THAO,<br><br>    Petitioner,<br><br>    v.<br><br>GAIL LEWIS,<br><br>    Respondent. | 1:03-CV-06275-AWI-DLB-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #23) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 24, 2005, petitioner filed a motion to extend time to file objections to the Magistrate's report and recommendation of April 29, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Report and Recommendation.

IT IS SO ORDERED.

**Dated:   June 20, 2005**            /s/ Dennis L. Beck
ah0l4d                                UNITED STATES MAGISTRATE JUDGE